Related DOJ

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

KENNETH RUSHAUN REID

　　　　　　　　　　　Plaintiff

- VS -　　　New Case EDCV22-942-DSF(PD)

UNITED STATES OF AMERICA
　　　　　　　　　　　Defendant,

# TORT CLAIM LAWSUIT

Pro-se litigant construe under Liberal Construction not as Attorney

Plaintiff, Kenneth R. Reid now moves your honorable Court to sue the defendant for Excessive use of force, Assault with a deadly weapon, Sexual Assault, Battery 1st degree by Correctional officers at USP Victorville. Who also falsified Incident reports against plaintiff after staff's brutality. Standard form 95 was denied in Region (Western Regional office)

## Claims

- Excessive use of force 8th Amendment Violations
- Assault & Battery
- Assault with Deadly weapon
- Sexual Assault by staff

　　　　[REASON FOR Fabricated Incident Report]

Officer Mariscal, Valenzuela falsified A 104 Code Possession of a weapon and 113 Code Possession of drugs incident report in a effort to get plaintiff sent to the SMU Program in Thompson Illinois as a way to get plaintiff killed, hurt more.

3rd time I had to file this Lawsuit because staff at USP Victorville keep stealing my mail

①

On 5/?/22

# Claim and
## Affidavit of Truth

On 12-24-21 I was in 2B-unit cell 121 using the toilet actually sitting on the Toilet when all of a sudden Officer Mariscal opened the door humiliating me in front of the entire 2B-unit inmates. I jumped up and grabbed the door saying why did you open my door while I had my sign up on the door to let staff know that I was using the toilet which is customary in prison to do out of respect. Mariscal stated "because I wanted to" that's why. I then pulled the door back shut and told him, I'm using the toilet sir. Officer Mariscal waited outside my door until I finished. Once I came out Officer T. Roellig was outside my door assisting him they were both talking aggressive and told me to put my hands on the wall which I complied then officer Mariscal said "Lets take him to the backroom." I said No if you wanna pat search me you need to do it right here in front of everyone. I had a feeling that officer Mariscal was trying to put something on me thats why he wanted to take me to the back where no cameras were. So I put my hands back on the wall submitting to a pat search position as Officer T. Roellig was beginning to pat search me Officer Mariscal tackled me and both officers started kicking me, punching me in my back, side, legs, stomach, head so I balled up to protect myself from the attack when I got kicked in my spinal cord by Officer Mariscal I jumped up by then staff were assisting them and all the assisting staff ran in 2B-unit and started punching and kicking me. Officer Asguna punched me when I was on the ground. I only suffered a back injury, bruise on my head and arms. I was then picked up and by officer T. Roellig and Mariscal and pat searched thoroughly by all the staff that was around me. Then Officer Valeriote and Mariscal escorted me to the Lt's office by themselves.

(2)

once me; officer Valeriote, Mariscal got in the corridor headed to the Lieutenants office Officer Valeriote spit in my face and called me a "stupid Nigger." Once we got to the Lt Lieutenants' office Valeriote screamed at staff outside and inside of the office to get out of the office and to Not let anyone else inside the Lieutenants office. When we got inside the Holding Cell where there were no cameras at Officer Valeriote screamed at me and said "Oh you fixin to be my Little bitch now as Officer Mariscal took off my handcuffs. Officer Valeriote stated "No take off your fucking clothes". I said "No" He then told me "Stick your fuckin head in the Toilet" I said Hell No I'm not. Officer Valeriote then grabbed my Knock and tried to force my head in the toilet but I stuck my foot on the Top of the toilet to stop his force. Officer Valeriote Then pulled out a Big Metal flashlight pipe object and stepped up to me again. I said you better not hit me with that Sir Then he raised it up to try to hit me so to protect myself I punched him and he fell to the ground then officer Mariscal and officer Peporis jumped in and started Punching me and we all were rumbling then we all fell on the ground and officer Valeriote and Mariscal started snatching off my boxers, pants then Valeriote stuck his finger in my Anus and I kicked him off and started fighting Mariscal while on the ground then officer Valeriote hit me in the face, eye with the Metal flashlight pipe which busted my eye open blood splattered all over the floor, My shirt they were all holding me on touching me then I kicked them off again then Lt Luna walked in and told everybody to Stop-Stop-Stop. He picked helped me get up and help me put my clothes back on then I was escorted to the SHU by a SIA officer and he kept saying your going to be alright but I fell unconscious "blacked out" I was going in and out of consciousness dripping blood all the way to Special Housing Unit

(3)

Once I got to the (SHU) my eye was closed shut and swollen up, I couldn't see out of my left eye at all. All of the (SHU) staff saw my eye. I was then placed in Ambulatory Restraints for 2½ days for no reason at all other than to inflict more pain upon me. Staff did not feed me for 3 days while I was in restraint. Officer Mariscal even took my brand new Addida Tennisshoes off of my feet and threw them in the Trashcan. Medical refused to Document all of my injurys the Nurse Angel, other saw my eye and ignored my requests to be seen by a real Doctor and request for pain medication. I was Denied Medication by Medical staff/Nurses and all 50 of my sickcall slips were ignored. Medical displayed deliberate indifference towards my serious medical needs. I been in SHU for 5 months and as of 5-10-22 I still havent seen a doctor yet.

Unitmanager Wilson saw my eye (witness), Nurse Angel witnessed my eye
Staff involved: Officer Valeriote, Mariscal, T. Roellig, Peponis
Date incident occurred: 12-24-21
S.I.A. held and investigation, with Captain Strickland's Knowledge
Warden Gutierrez, A.W. Lupe witnessed my swollen eye
Bodily harm: Bruise on face, Black eye, Spinal cord injury, Cuts on arms
Monetary Damages $150,000
Compensatory Damages $50,000

## Certificate of Service

I swear under the penalty of Perjury that the foregoing is true and correct to the best of my Knowledge under the laws of the US. Title 28 USC 1746
Signature: Kenneth R. Reid

Respectfully submitted
Signed: Kenneth R. Reid
Kenneth R. Reid

Tort-claim was filed prior to this lawsuit being filed so all necessary ministrative remedys were filed

④

Name: KENNETH R. REID
Reg #: 11485-171
United States Penitentiary USP Victorville
P.O. Box 3900
Adelanto, CA 92301

Legal Mail

SN BERNARDINO CA 923
10 MAY 2022 PM 7 L

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 12 2022
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE ST.
LOS ANGELES, CA 90012

(Legal Mail)