JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. REID, | Case No. 5:22-cv-00942-DSF-PD |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

On May 12, 2022, Plaintiff Kenneth R. Reid ("Plaintiff") filed a Complaint against the United States alleging excessive use of force, assault and battery, assault with a deadly weapon, and sexual assault by correctional staff at the United States Penitentiary ("USP"), Victorville, California. [Dkt. No. 1.] Plaintiff provided his current address as USP Victorville. [Id. at 5.] Plaintiff did not pay the filing fee or file a request to proceed in forma pauperis ("IFP"). [Dkt. No. 2.]

On June 9, 2022, the Court Clerk mailed Plaintiff a letter (form CV-47P) stating that the Complaint was lodged and assigned a civil case number, but that Plaintiff did not pay the filing fee. The letter notified Plaintiff that if he is unable to pay the entire filing fee at this time, he must sign and

1 complete the "Request to Proceed Without Prepayment of Filing Fees with
2 Declaration in Support" form (CV-60P), a copy of which was enclosed with the
3 letter, and attach a certified copy of his prisoner-plaintiff trust account
4 statement for the last six months.  The letter warned Plaintiff that this case
5 would be dismissed if he did not respond within thirty days.  [Dkt. No. 4.]

6  On June 27, 2022, Plaintiff filed an IFP request.  [Dkt. No. 6.]  Plaintiff
7 did not submit a certified copy of his trust account statement, and "Refused to
8 sign" is written in the signature block on the form certificate of authorized
9 officer.  [Id. at 3.]

10  On June 28, 2022, the Court issued an order stating that Plaintiff's IFP
11 request was incomplete without the certified trust account statement and
12 properly signed certificate of authorized officer.  The Court extended the
13 deadline for Plaintiff to file a certified trust account statement and certificate
14 of authorized officer to July 19, 2022.  [Dkt. No. 7.]

15  On July 11, 2022, the Court received a letter from Plaintiff stating that
16 in April 2022, he sent the Court two IFP requests, one for this case and one
17 for a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 that he
18 filed on April 29, 2022.  *See Kenneth Roshaun Reid v. United States of*
19 *America et al,* Case No. 5:22-cv-00752-DSF-PD.  [Dkt. No. 8.]  In that case,
20 Plaintiff filed an IFP request but failed to submit a certified trust account
21 statement or certificate of authorized officer.  In his letter, Plaintiff states
22 that he gave the forms to his Unit Team Case Manager, who refused to sign
23 them.

24  On July 14, 2022, in this action, the Court issued an order stating that
25 Plaintiff's IFP request was still incomplete.  The Court granted Plaintiff
26 another extension of time, to August 2, 2022, to file a certified trust account
27 statement and certificate of authorized officer.  [Dkt. No. 9.]

28

To date, Plaintiff has failed to pay the filing fee or to submit a complete IFP request that includes a certified trust account statement and certificate of authorized officer.[1]

For these reasons, this case is dismissed without prejudice.

DATED: __August 30, 2022__

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is no longer located at USP Victorville. According to the Bureau of Prisons website, he is currently located at USP Thomson, Illinois. *See* Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/.

3