UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  5:22-cv-00942-DSF-PD                                    Date: November 18, 2024

Title     *Kenneth R. Reid v. United States of America, et al.*

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order to Show Cause for Failure to File Status Report

   On July 10, 2024, the Court issued the Case Management and Scheduling Order.  Among other things, the Order required the parties to file a status report by **October 21, 2024** with the following information:

   (a) a statement of the principal issues raised by the case;
   (b) a statement as to whether all parties have been served;
   (c) a summary of what discovery has occurred, and the anticipated schedule for completing future discovery;
   (d) a list of contemplated motions, and the anticipated dates for filing such motions;
   (e) the status of settlement negotiations, including whether or not Plaintiff has made a settlement demand and Defendant has responded with a counteroffer;
   (f) if and when the parties would be willing to attend a settlement conference with the Magistrate Judge assigned to the case, or another Magistrate Judge; and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:22-cv-00942-DSF-PD                                              Date: November 18, 2024

Title      *Kenneth R. Reid v. United States of America, et al.*

(g) any other suggestions the parties may wish to make regarding the management of this action.
[*See* Dkt. No. 29 at 7-8.]

To date, neither party has filed a status report.

The Court Hereby Orders Plaintiff and Defendant to (1) show cause for their failure to file a status report by the deadline, and (2) file a status report providing the information set forth above by no later than **December 2, 2024**.

|  |  : |
|---|---|
| Initials of Preparer | iv |